IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HHB LIMITED PARTNERSHIP,
HASKELL H. BASS, JR., and
BERNHARDT OIL CORPORATION,

   Plaintiffs,

v.          No. CIV-15-0321 MCA/LAM

READ & STEVENS, INC.,

   Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

  **THIS MATTER** is before the Court on the agreement reached by the parties at the settlement conference held in this case on March 24, 2016.  Pursuant the parties' agreement to partially settle this case, **within thirty (30) days** the parties shall file closing documents as to the claims that were settled at the settlement conference.  The parties shall include in the closing documents a statement specifying which claims they are dismissing and which claim or claims remain.

  **IT IS THEREFORE ORDERED** that **within thirty (30) days** the parties shall file closing documents as to the claims that have been settled in this case.

  **IT IS SO ORDERED.**

                */s/ Lourdes A. Martínez*
                **LOURDES A. MARTÍNEZ**
                **UNITED STATES MAGISTRATE JUDGE**