IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**HHB LIMITED PARTNERSHIP,**
**HASKELL H. BASS, JR., and**
**BERNHARDT OIL CORPORATION,**

    **Plaintiffs,**

v.                                    No. CIV-15-0321 MCA/LAM

**READ & STEVENS, INC.,**

    **Defendant.**

## ORDER GRANTING MOTION FOR EXTENSION OF PRE-TRIAL DEADLINES

**THIS MATTER** is before the Court on Plaintiffs' *Joint Unopposed Motion to Extend Scheduling Order Deadlines* [*Doc. 48*], filed June 2, 2016. Having considered the motion and record of the case, and having consulted with the presiding judge in this case, the Court **FINDS** that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' *Joint Unopposed Motion to Extend Scheduling Order Deadlines* [*Doc. 48*] is **GRANTED,** and the parties' deadlines are extended as follows:

| # | Deadline | Date |
|---|---|---|
| 1. | Termination date for discovery: | **August 8, 2016** |
| 2. | Discovery motions: | **August 15, 2016** |
| 3. | Plaintiff's experts: | **June 6, 2016** |
| 4. | Defendants' experts: | **July 6, 2016** |
| 5. | Pretrial motions: | **August 29, 2016** |
| 6. | Pretrial order from Plaintiff to Defendant: | **November 4, 2016** |
| 7. | Pretrial order from Defendant to the Court: | **November 18, 2016** |

*These deadlines shall not be extended again without approval of the Court upon a motion setting forth exceptional cause for extension.  The press of other cases, vacations and intervening holidays are not usually considered to be exceptional circumstances.*

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**