IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HHB LIMITED PARTNERSHIP,
HASKELL H. BASS, JR., and
BERNHARDT OIL CORPORATION,

    Plaintiffs,

v.                              No. CIV-15-0321 MCA/LAM

READ & STEVENS, INC.,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

MATTER(S) TO BE HEARD:    **Case Management Status Conference**

DATE AND TIME OF HEARING:    **Wednesday, December 7, 2016 at 3:00 p.m.**

LOCATION:    U.S. Courthouse and Federal Building, 5th Floor, 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ

    **The Court shall initiate the call - if the parties will be at a phone number that is different than the one listed on the Court's docket, please notify Judge Martinez' chambers immediately.**  This Court's phones can only accommodate up to six telephone lines, including the Court's.  If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

    IT IS SO ORDERED.

                                            _____
                                            **LOURDES A. MARTÍNEZ**
                                            **UNITED STATES MAGISTRATE JUDGE**